1  BENJAMIN B. WAGNER
   United States Attorney
2  MARK E. CULLERS
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 3721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

8              IN THE UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | CASE NO. 1:98-CR-05058 AWI
12 |                Plaintiff,   | **ORDER DISMISSING INDICTMENT AS TO DEFENDANTS VICTOR LNU AND PEDRO SANCHEZ-LOPEZ**
13 |                v.           |
14 | JAVIER FLORES-LOPEZ, et al., |
15 |                Defendant.   |

16

17     For the reason set forth in the motion to dismiss filed by the United States, the Indictment against

18 defendants **VICTOR LNU and PEDRO SANCHEZ-LOPEZ** is hereby DISMISSED and any

19 outstanding arrest warrants are recalled.

20

21

22

23 IT IS SO ORDERED.

24 Dated:   August 20, 2013                  _____
                                             SENIOR  DISTRICT  JUDGE
25

26

27

28

                                             1